## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:
BRENDA C. MILLER        }     CASE NO.  17-90830-BHL-13
    DEBTOR          }

### MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN
### AND NOTICE OF OBJECTION DEADLINE

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtors' Chapter 13 Plan.  In support of this Motion, Counsel for the Debtor states as follows:

1.  The Debtor was approved for a trial period plan agreement with Ditech Financial LLC during December, 2017 which required trial period payments of $697.24 commencing January 1, 2018.

2.  The Debtor has been approved for final modification with Ditech Financial, LLC which requires modified payments of $652.46 per month to commence on May 1, 2018.  The final loan modification will cure the existing arrearages.

3.  The Debtor proposes to allow an additional claim held by Lloyd E. Koehler in the amount of $1,850.00 attorney fee for the loan modification and an auditing fee of $50.00 per month commencing during the month following the Court's approval of a final modification which will continue until the captioned case is discharged or until the debtor should surrender her residence.  Counsel for the Debtor will file a separate application for supplemental compensation.  Counsel for the Debtor's additional attorney fees shall be paid after an Order has been granted for supplemental compensation.

WHEREFORE, the Debtor, by Counsel, requests the Court to modify her plan as stated above.  The Debtor's plan payments will increase from $863.00 per month to $878.00 per month commencing in May, 2018 for the remaining 49 months of the 60 month plan.

Dated this __10th__ day of __May__, 2018.

KOEHLER LAW OFFICE

By:_ /s/ Lloyd E. Koehler

Lloyd E. Koehler
Attorney No. 15669-98
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

_/s/ Brenda C. Miller__
Brenda C. Miller

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of May, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 10th day of May, 2018 to all parties attached hereto:

/s/ Lloyd E. Koehler____
Lloyd E. Koehler

Label Matrix for local noticing
0756-4
Case 17-90830-BHL-13
Southern District of Indiana
New Albany
Thu May 10 09:38:49 EDT 2018

Asset Acceptance, LLC
28405 Van Dyke
P. O. Box 2036
Warren, MI 48090-2036

Blatt Hasenmiller Leibsker & Moore LLC
8910 Purdue Rd. Suite 320
Indianapolis, IN 46268-1197

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Cavalry SPV I, LLC
500 Summitt Lake DR Ste 400
Valhalla, NY 10595-1340

Centra Fcu
3801 Tupleo Drive
Columbus, IN 47201-7293

Charlie Gordon
Attorney at Law
PO Box 20067
Louisville, KY 40250-0067

(c)DITECH
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311

Ditech Financial LLC fka Green Tree Servicin
P.O. Box 6154
Rapid City, South Dakota 57709-6154

Doyle & Foutty, PC
41 E. Washington St. #400
Indianapolis, IN 46204-3517

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Koehler Law Office
400 Pearl St., Ste 200
New Albany, IN 47150-3451

Lloyd & McDaniel, PLC
11405 Park Rd. #200
PO Box 436709
Louisville, KY 40253-6709

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Midland Credit Management, Inc. as agent for
Asset Acceptance LLC
Po Box 2036
Warren MI 48090-2036

Midland Fund
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204-1982

Brenda C. Miller
5670 W State Road 250
Paris Crossing, IN 47270

Elizabeth F. McCausland
426 North Ferncreek Avenue
Orlando, FL 32803-5442

Joseph M. Black Jr.
Office of Joseph M. Black, Jr.
PO Box 846
Seymour, IN 47274-0846

Lloyd Koehler
400 Pearl St., Ste 200
New Albany, IN 47150-3451

Lloyd S Koehler5
400 Pearl Street Ste 200
New Albany, IN 47150-3451

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jeffcapsys
16 Mcleland Rd
Saint Cloud, MN 56303

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ditech
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients    17
Bypassed recipients    1
Total                  18